IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWAYNE HOBY FAULKNER, JR.,

    Petitioner,

v.                                  CASE NO. 4:24cv420-RH-MJF

RICKY D. DIXON,

    Respondent.

_____/

## ORDER DENYING THE MOTION TO DISMISS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 21. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted.

2. The motion to dismiss, ECF No. 18, is denied.

3. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on June 4, 2025.

                                   s/Robert L. Hinkle
                                   United States District Judge